IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOEL RODRIGUEZ and BLANCA PLACANERO, <br><br> Plaintiffs, <br><br> v. <br><br> NEW BERN TRANSPORT CORPORATION, PATRICK ROMANCHECK, PEPSI BEVERAGES COMPANY, and PEPSICO, INC., <br><br> Defendants. | Case No. 1:18-cv-00021 <br><br> Illinois State Court <br> Case No. 2017 L 012069 |

## NOTICE OF FILING

TO: Michael P. McCready
Law Offices of McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643

PLEASE TAKE NOTICE that on **January 2, 2018** we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendants' Notice of Removal,** a copy of which is attached hereto.

Defendants, NEW BERN TRANSPORT CORPORATION and PEPSICO, INC.,

By: /s/ Stephen R. Niemeyer
John W. Patton, Jr.
Stephen R. Niemeyer
Kathleen M. Kunkle
PATTON & RYAN LLC
330 N. Wabash, Suite 3800
Chicago, IL 60611
Telephone: (312) 261-5160
Facsimile: (312) 261-5161

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing **Defendants' Notice of Removal** was served on the following parties on January 2, 2018, via the Court's ECF system:

**Attorneys for Plaintiffs:**
Michael P. McCready
Law Offices of McCready, Garcia & Leet, P.C.
10008 S. Western Ave.
Chicago, IL 60643

                                              /s/ Stephen R. Niemeyer
                                        One of the Attorneys for the Defendants,
                                        New Bern Transport Corporation and
                                        Pepsico, Inc.

John W. Patton, Jr.
Stephen R. Niemeyer
Kathleen M. Kunkle
PATTON & RYAN LLC
330 N. Wabash, Suite 3800
Chicago, IL 60611
Telephone:  (312) 261-5160
Facsimile:   (312) 261-5161
jpatton@pattonryan.com
sniemeyer@pattonryan.com
kkunkle@pattonryan.com